BRANSON BRINKOP GRIFFITH & CAMPO LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENCHMARK INSURANCE COMPANY, a Kansas Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAL PAINTING, INC., a California Corporation; MICHAEL CHAPMAN, an Individual and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No: 5:23-cv-05593-VKD<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>Re: Dkt. No. 25 |

Pursuant to the stipulation of the parties, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §1332.
2. Plaintiff Benchmark Insurance Company shall have judgment as follows:
   a. Effective 10/21/2021 as to Benchmark policy BIC5023652 and effective 10/21/2022 as to Benchmark policy BIC5025322 both policies are reformed to include an ENDORSEMENT #1 that adds two exclusions. Those exclusions read as follows:

**Animal Exclusion**

Damages arising out of, resulting from, caused by or contributed to by any animal, regardless of the theory of liability that is alleged against any insured for the injuries and damages caused by or resulting from the animal.

**Landlord or Rental Exclusion**

Damages arising out of, resulting from, caused by or related to:

(1) liability of any insured as a landlord;
(2) the rental of, or the offer to rent, any real property, by any insured to others;
(3) the occupancy of any portion of the insured's place of business by anyone other than the named insured; or
(4) the acts or omissions of tenants on property owned by or under the control of any insured;

regardless of whether any insured received compensation for such rental or occupancy.

This exclusion includes but is not limited to damages caused to the tenants of the rented property, other occupants of the rented property, or visitors to the rented property and regardless of the theory alleged against any insured. This exclusion applies to any claim for habitability, bodily injury, property damage, loss of use, wrongful eviction, refusal to rent, interference with tenancy, or premises liability for the acts or omissions related to any of the above.

b. All other relief requested in the Complaint is denied as moot in light of the parties' stipulation.

c. No monetary award is made in favor or against any party, with the only relief being the reformation of the Benchmark policies as described above.

d. All parties are to bear their own fees and costs incurred in this action.

e. This action is DISMISSED.

**IT IS SO ORDERED**.

Dated: ____July 10, 2024_____     _____
                                    VIRGINIA K. DEMARCHI
                                    United States Magistrate Judge

BRANSON BRINKOP GRIFFITH & CAMPO LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710